IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| **GREGORY ZAGORSKI,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:20CV00006 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **BLUESTEM BRANDS, INC.,** | ) | By:  James P. Jones |
| | ) | United States District Judge |
| Defendant. | ) | |

It appearing proper, it is **ORDERED** that the Clerk is directed to administratively close this case, in view of the fact that the case is stayed pursuant to provisions of the Bankruptcy Code.  The court retains jurisdiction over the case and no party shall be prejudiced by this administrative closing.  Upon the request of any party, the Clerk is directed to administratively reopen the case without further order or the payment of any fee.

ENTER:  August 13, 2021

/s/  JAMES P. JONES
United States District Judge